# FILE ON DEMAND UNDER PENALTY OF LAW

TO:     Court Clerk;

RE:     A true entry in the public records

"_Clerk is to file_" the attached prima facie documents, without judgment, under penalty of law via 18 USC §2076.[1] If a judge or other officer of the court intimidates, threatens, or corruptly persuades clerk to conceal, remove, mutilate, obliterate, or destroy these prima facie documents in violation of 18 USC §1512[2] the clerk thereby enters into a conspiracy and will be punished under the full extent of the law.

**18 USC § 2071** Concealment, removal, or mutilation generally (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States…

**§175.25** A person is guilty of tampering with public records in the first degree when, knowing that (s)he does not have the authority of anyone entitled to grant it, and with intent to defraud, (s)he knowingly removes, mutilates, destroys, conceals, makes a false entry in or falsely alters any record or other written instrument filed with, deposited in, or otherwise constituting a record of a public office or public servant. Tampering with public records in the first degree is a class D felony.

**§175.05** Falsifying public records in the second degree is a class A misdemeanor. A person is guilty of falsifying public records in the second degree when, with intent to defraud, he: Makes or causes a false entry in the public records; or alters, erases, obliterates, deletes, removes or destroys a true entry in the public records; or Omits to make a true entry in the public records in violation of a duty to do so which he knows to be imposed upon him by law or by the nature of his position; or Prevents the making of a true entry or causes the omission thereof in the public records.

**§175.20** Tampering with public records in the second degree. A person is guilty of tampering with public records in the second degree when, knowing that he does not have the authority of anyone entitled to grant it, he knowingly removes, mutilates, destroys, conceals, makes a false entry in or falsely alters any record or other written instrument filed with, deposited in, or otherwise constituting a record of a public office or public servant. Tampering with public records in the second degree is a Class A misdemeanor.

---

[1] **18 USC §2076** Clerk is to file. Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

[2] **18 USC §1512** (b) Whoever [Judges] knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - (1) influence, delay, or prevent the testimony of any person in an official proceeding; (2) cause or induce any person to -- (A) withhold testimony, or withhold a record, document, or other object, from an official proceeding; (B) alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding; … shall be fined under this title or imprisoned not more than 20 years, or both. (3) … (c) Whoever corruptly-(1) alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or (2) otherwise obstructs, influences, or impedes any official proceeding, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.

# <u>Notice of Appearance</u>

## <u>And Removal of All Assumptions</u>

### Coblentz Court
### Being held At
### Connonwealth of Pennsylvania Court of Common Plea
### Chester County Courthouse - Courtroom 8
201 West Market Street West Chester, Pennsylvania. Postal Code 19380
In front of Jeffrey R. Sommer

Docket # <u>CP-15-CR-0000194-2021</u>

1. I Jacob A. [of the family Coblentz] am n living breathing man. I am not the person [corporation] JACOB A. COBLENTZ, that you my seek. I do not consent to any jurisdiction or court proceedings that employ the use of corperate fictions in the complaints that they file, based on fraud.

2. Any and all assumptions to this point shall be removed unless that assumption is of course "Innocent Untill **PROVEN** Guilty". As we all deserve.

3. Any and every court that I am informed of and or appear at, shall be a Common Law Court / A Court of Record, as protected by the Constitution of these united States of America. And shall adhere to Common Law / the Law of the Land.

4. At no point shall the Court through any means of ficticious convayance of language, or personage, or any other means, drag me off to jurisdictions unknown or known without proper and formal notification.

1 of 3

1 of 29

5. I, Jacob A. [of the family Coblentz] reserve all of my rights, and never willfully give up any of my rights, for any reason, at any time.

6. I will not and have not plead innocent. I will not and have not pled guilty. I will not plead at all. I will answer in the form of a demurrer, and I stand mute!

7. As a courtesy to the court I will always appear, in Propria Persona/Sui Juris, always as a special appearance to settle matters at hand. I will always appear with honor and dignity in my heart and soul.

8. I am here to accept any and all claims before this court. If there is a verified claim against me let it, and the claimant be brought fourth now so this matter may be addressed and settled.

9. I formally require a trial by a jury of 12 of my pears with an offical jury forman to proceed with any and every criminal trial that may affect my life, liberty, or property.

10. I formally envoke any and all of my inailenable rights constitutionally secured and otherwise. I instruct/require the court to inform me of rights that I may not be unaware of.

11. Let it be known that the courts and all of its officers have taken an Oath of Office to protect and uphold the Constitution for the united States of America, [Otherwise they should not be here] and to protect We The People. Makeing themselves public servants amendable to us at all times.

12. I formally inform any and all public servants that fraud in this court, in any form, shall not be tolerated.

_____
Jacob A. [of the Coblentz family], in Pro Per/Sui Juris

2 of 3

2 of 29

### NOTARY

In Pennsylvania State, Chester County on the __24__ day of __Apr.l__ 20 __21__ befor me the subscriber, personally appeared Jacob A [of the Coblentz family] to me known to be the living man describe in and who executed the forgoing instrument and sworn before me that he executed the same as their free will act and deed.

**(Notary Seal)**

My commision expires on _1-22-25_

Commonwealth of Pennsylvania – Notary Seal
Deborah J. Reardon, Notary Public
Chester County
My commission expires January 22, 2025
Commission number 1237912
Member, Pennsylvania Association of Notaries

3 of 3

# Notice of Removal

**From:**

## Commonwealth of Pennsylvania
## Court of Common Pleas
## Docket No:CP-15-CR-0000194-2021

**To:**

## United States District Court
## For The Eastern District of Pennsylvania
## Federal Case No: _____

**For Cause:**

### Violation of Due Process

**Authority:**

United States Constitution Article III Section 2: The judicial power shall extend to all cases, in law and equity, arising under this Constitution,…

Notice is hereby given that I, Jacob Coblentz, in the above named case hereby move to the United States District Court for the Eastern District of Pennsylvania for cause.

_____

Jacob Coblentz, in pro per
c/o 320 Commons Drive #106
Parkesberg, Pennsylvania. postal code

19365

1

4 of 29

| <u>Non-Statutory</u> **COVER SHEET** **COURT OF RECORD** <br> Status –  American <br> Law ☒ - or - Equity ☐ | **Date** <br> 4 / 17 / 2021 | **County** <br> Chester | **Docket Number** |
|---|---|---|---|

This is a universal prima facie common law form used for non-statutory "actions at law" only, *No Filing Fee* for cases proceeding under the rules of Natural Law.

| ☐ County Court <br> ☐ State Court <br> ☒ Federal Court | **Name of Court**   United States District Court for the Eastern District of Pennsylvania <br> **Court Address**   601 Market Street <br> Philadelphia, Pennsylvania. 19106 |
|---|---|

| **Claimant (S)** Use page 2 to list contact info. | **Wrongdoer'(S)** Use page 2 to list contact info. |
|---|---|
| Jacob Coblentz | Robert Rawley,          Scott A Massey, <br> Kevin Sterling,          Nicole C Morley, <br> Santina Rose Pescatore, |

| **Assistance of Counsel** Use page 2 to list contact info. | **Assistance of Counsel** (*if known*) Use page 2 to list contact info. |
|---|---|
| | |

**Cause of Action –**   I claim Trespass [ breach of contract, deprivation of rights under color of law, kidnapping, grand theft auto, false imprisonment, conspiracy, proprietorial misconduct, extortion] did cause wrong or harm to my life, liberty, and property.

Has this action or one essentially the same been previously filed in Federal Court at any time? No ☐ Yes ☐          Equity ☐ -or- Law ☐
Case heard _____     Judge/Magistrate Previously Assigned _____
If yes was this case Vol. ☐ Invol. ☐ Dismissed No☐ Yes☐ If yes, give date _____ & Case No. _____

## NATURE OF SUIT

(PLACE AN [x] IN ONE BOX ONLY)

| ☐ Assault | ☐ Contract dispute | ☐ Habeas Corpus |
|---|---|---|
| ☐ Libel/Slander | ☐ Personal Injury | ☒ Redress of Grievance |
| ☒ Violation of unalienable rights | ☒ Malpractice | ☐ Enforcement of judgment |
| ☐ Other _____ | ☐ Accident | ☐ Other _____ |
| | ☐ Other _____ | |

| **CRIMINAL CASES** • Law Enforcement Criminal Report No ☐ Yes ☒ Attached   • Grand Jury Indictment – No ☐ Yes ☐ Attached |
|---|
| ☒Original Action   ☒Removed from lower court  ☐Remanded from Appellate Court  ☐Reinstated or Reopened  ☐Transferred from <br> Name of Court   Commonwealth of Pennsylvania Court of Common Pleas   Case Number   CP-15-CR-0000194-2021 <br> Address          201 West Market Street, Suite 4100 West Chester, Pennsylvania, 19380 |

**CLERK IS TO FILE  18 USC §1512** (b) Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - (1) influence, delay, or prevent the testimony of any person in an official proceeding; (2) cause or induce any person to – (A) withhold testimony, or withhold a record, document, or other object, from an official proceeding; (B) alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding; ... shall be fined under this title or imprisoned not more than 20 years, or both. (3) ... (c) Whoever corruptly-(1) alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or (2) otherwise obstructs, influences, or impedes any official proceeding, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.

**18 USC § 2071** Concealment, removal, or mutilation generally (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States...

5 of 29

Claimant(S) contact info.                    **ASSISTANCE OF COUNSEL** contact info.

| | |
|---|---|
| Jacob Coblentz       c/o 320 Commons Drive # 106 | |
| Parkesburg Pennsylvania. postal code 19365 | |
| Ph (717) 344 - 2293    Fax (    )     -        | Ph (    )     -          Fax (    )     -        |

| | |
|---|---|
| | |
| | |
| Ph (    )     -        Fax (    )     -        | Ph (    )     -          Fax (    )     -        |

| | |
|---|---|
| | |
| | |
| Ph (    )     -        Fax (    )     -        | Ph (    )     -          Fax (    )     -        |

| | |
|---|---|
| | |
| | |
| Ph (    )     -        Fax (    )     -        | Ph (    )     -          Fax (    )     -        |

Wrongdoer (S) contact info.                    Wrongdoer  (s)  contact info.

| | |
|---|---|
| Robert Rawley       2 Moxley Lane | Scott A Massey       305 S. Third  St. |
| Avondale, PA. 19311 | Oxford, PA. 19363 |
| Ph (610) 268 - 2022    Fax (    )     -        | Ph ( 610) 932 - 4305    Fax (    )     -        |

| | |
|---|---|
| Kevin Sterling       2 Moxley Rd. | |
| Avondale, PA. 19311 | |
| Ph (610) 268 - 2022    Fax (    )     -        | Ph (    )     -        Fax (    )     -        |

| | |
|---|---|
| Nicole C Morley       201 W Market St.   Ste 4450 | |
| West Chester, PA. 19380 | |
| Ph (610) 344 - 6832    Fax (    )     -        | Ph (    )     -        Fax (    )     -        |

| | |
|---|---|
| Santiana Rose Pescatore     725 Kenilwerth Ave   Ste 2 | |
| Cherry Hill, NJ. 08002 | |
| Ph (856) 795 - 8880    Fax (    )     -        | Ph (    )     -        Fax (    )     -        |

*Attach additional page if necessary*

| **COURTHOUSE ASSIGNMENT** |
|---|
| *Magistrate is to be designated by the Clerk of the Court.* |
| Magistrate _____ is so designated. |
| _____, Clerk of Court by _____ Deputy Clerk, DATED _____ |
| |
| |

6 of 29

# UNITED STATES DISTRICT COURT FOR THE

## Eastern District of Pennsylvania

### • 601 Market St #2609 Philadelphia. PA.19106 •

| | |
|---|---|
| Jacob Coblentz<br>c/o 320 Commons Drive #106<br>Parkesburg, Pennsylvania. postal code 19365<br><br>**Claimant(s)**<br><br><br>-Against-<br><br>Robert Rawley 610-268-2022<br>2 Moxley Rd.<br>Avondale, PA. 19311<br>Kevin Sterling 610-268-2022<br>2 Moxley Rd<br>Avondale, PA. 19311<br>Nicole C Morley 610-344-6832<br>201 W Market St. Ste 4450<br>West Chester, PA. 19380<br>Santina Rose Pescatore 856-795-8880<br>725 Kenilwerth Ave. Ste<br>2 Cherry Hill, NJ.08002<br>Scott A Massey 610-932-4305<br>305 S Third St.<br>Oxford, Pa. 19363<br>**Wrongdoer(s)** | **JURISDICTION:** Court of Record[1]<br>under Natural Law[2]<br><br>Magistrate/Judge: _____<br>Federal Case No. _____<br><br>**ACTION AT LAW**[3]<br><br>**REMOVAL FOR CAUSE**[4]<br><br>Statutory Case No<br>MJ-15305-CR-0000588-2020<br><br>**ORIGINATING COURT:**<br>**MAG. DIST #:**<br>MJ-15-3-05<br>305 S Third St.<br>Oxford, PA. 19363<br><br><br>Pennsylvania State )<br>                    ) SS<br>Chester County   ) |

Jacob A Coblentz, a Natural Person[5] of Pennsylvania, hereinafter Petitioner, in this court of

record, proceeding according to Natural Law hereby moves the above said court of origin to the

above

---

[1] "A **Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406,-155 N.E. 688, 689.

[2] As distinguished from enacted positive law

[3] **AT LAW:** According to Natural Law independent of enacted law; by, for, or in law; particularly in distinction from that which is done in or according to equity - Hooker v. Nichols, 116 N.C. 157, 21 S.E. 208

[4] **Article III Section 2:** The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;...

[5] Soul (people): People are supreme, not the state. - Waring vs. the Mayor of Savanah, 60 Georgiaat 93; The state cannot diminish rights of the people. - Hertado v. California, 100 US 516; ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves... - CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455, 2 DALL (1793) pp471-472]: "Persons" are of two kinds, natural and artificial. A natural person is a human being. Artificial persons include a collection or

7 of 29

said federal district court for cause, pursuant to Article III Section 2 for violation of petitioner's unalienable right of due process protected by the 5th and 7th Amendment.[6][7]

20   Whereas; Petitioner sues Robert Rawley, Kevin Sterling, Nicole c Morley, Santina Rose Pescatore, Scott A. Massey, hereinafter Wrongdoers, for reparations; Petitioner being a natural person preserve's jurisdiction stated above in a court of law that proceeds according to Natural Law independent of enacted law. As grounds in support of removal Petitioner states as Follows:

25   Wrongdoers, having no agreement with Petitioner, conspired[8] under color of law in a nisi Prius[9] de facto[10] quasi[11] court not of record proceeding "in equity" and not at law[12] and

having rights and duties. The latter class of artificial persons is recognized only to a limited extent in our law. Examples are the estate of a bankrupt or deceased person. Hogan v. Greenfield, 58 Wyo. 13, 122 P.2d 850, 853.

[6] **Amendment V:** No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

[7] **Amendment VII:** In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law.

[8] **18 USC 241:** If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

[9] **NISI PRIUS:** is a Latin term (Bouvier's Law) Where courts bearing this name exist in the United States, they are instituted by statutory provision.; Black's 5th "Prius" means "first." "Nisi" means "unless." A "nisi prius" procedure is a procedure to which a party FIRST agrees UNLESS he objects.; Blacks 4th - A rule of procedure in courts is that if a party fails to object to something, then it means he agrees to it. A nisi procedure is a procedure to which a person has failed to object A "nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.

[10] **DE FACTO:** In fact, in deed, actually. This phrase is used to characterize an officer, a government, a past action, or a state of affairs which must be accepted for all practical purposes, but is illegal or illegitimate. In this sense it is the contrary of de jure, which means rightful, legitimate, just, or constitutional. Thus, an officer, king, or government de facto is one who is in actual possession of the office or supreme power, but by usurpation, or without lawful title; while an officer, king, or governor de jure is one who has just claim and rightful title to the office or power, but has never had plenary possession of it, or is not in actual possession. 4 Bl.Comm. 77, 78. MacLeod v. United States, 229 U.S. 416, 33 S.Ct. 955, 57 L.Ed. 1260; Wheatley v. Consolidated Lumber Co., 167 Cal. 441, 139 P. 1057, 1059.

[11] **QUASI:** Lat. As if; almost as it were; analogous to. This term is used in legal phraseology to indicate that one subject resembles another, with which it is compared, in certain characteristics, but that there are intrinsic and material differences between them. Bicknell v. ,Garrett, 1 Wash.2d 564, 96 P.2d 592, 595, 126 A.L.R. 258; Cannon v. Miller, 22 Wash.2d 227, 155 P.2d 500, 503, 507, 157 A.L.R. 530. Marker v. State, 25 Ala.App. 91, 142 So. 105, 106. It is often prefixed to English words, implying mere appearance or want of reality. State v. Jeffrey, 188 Minn. 476, 247 N.W. 692, 693.

[12] **AT LAW:** [Bouvier's] This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.; ALL CASES AT LAW. [Black's Law 4th] Within constitutional

8 of 29

Did trespass [willfully injure, oppress, defraud and deprived[13]] petitioner their unalienable right[14] of  due process, secured by the Bill of Rights, with the intent to proceed unlawfully carrying petitioner away to jurisdictions unknown.

   2)    Wrongdoers not being able to prove a claim and fiduciary authority over petitioner necessary for a lawful seizure of body and/or property in a court of record conspired and devise a plan under the color of law to bypass petitioner's unalienable right of "due process" in a court not of record in jurisdictions' unknown.

3) Wrongdoers are fraudulently denying petitioner's unalienable right of due process[15] in court of record proceeding according to Natural Law protected by Amendments V and VII.

WHEREFORE petitioner moves this court for an order with prejudice commanding wrongdoers to  cease and desist from their unlawful scheme of extortion and restore the plaintiff to their original state, including the returning of all assets and monies stolen from petitioner. Petitioner requires restitution as follows: Each wrongdoer is to pay restitution to petitioner in real  money[16] in the amount of $1,000.00 face value[17] 40 each for violating petitioner unalienable right

---

guaranty of jury trial, refers to common law ac-tions as distinguished from causes in equity and certain other proceedings. Breimhorst v. Beck-man, 227 Minn. 409, 35 N.W.2d 719, 734. According to law; by, for, or in law; particularly in distinction from that which is done in or according to equity; or in titles such as sergeant at law, barrister at law, attorney or counsellor at law. Hooker v. Nichols, 116 N.C. 157, 21 S.E. 208.

[13] **18 USC 242** Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

[14] **42 USC 1983** Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress,... [15] **"Law of the land,"** "due course of law," and "due process of law" are synonymous. People v. Skinner, Cal., 110 P.2d 41, 45; State v. Rossi, 71 R.I. 284, 43 A.2d 323, 326; Direct Plumbing Supply Co. v. City of Dayton, 138 Ohio St. 540, 38 N.E.2d 70, 72, 137 A.L.R. 1058; Stoner v. Higginson, 316 Pa. 481, 175 A. 527, 531.

[16] **US CONSTITUTION ARTICLE I SECTION 10:** No state shall ... make anything but gold and silver coins a tender in payment of debts.

**MOVE FOR CAUSE**                                              **PAGE 3 OF 4**

of due process secured by the Bill of Rights. Wrongdoers, governed by USC Title 18, acted under color of law[18] in one accord and thereby a conspiracy in violation of 18 USC §241 and 18 USC §242. Petitioner is not seeking prison sentences but only restitution as required by common law.

45 _____          Jacob Coblentz, in Pro Per

### NOTARY

50 Pennsylvania State, Chester County on this _80_ day of _April_ 20_21_ before me the subscriber, personally appeared Jacob Coblentz to me known to be the living man describe in and who executed the forgoing instrument and sworn before me that he executed the same as their free will act and deed.

(Notary Seal) Notary

> Commonwealth of Pennsylvania - Notary Seal
> Deborah J. Reardon, Notary Public
> Chester County
> My commission expires January 22, 2025
> Commission number 1237912
> Member, Pennsylvania Association of Notaries

---

[17] Morgan Silver dollars
[18] **COLOR OF LAW:** The appearance or semblance, without the substance, of legal right. State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148.

**MOVE FOR**                                                                 **CAUSE PAGE 4 OF 4**

## Living Testimoney of Jacob Coblentz in the Form of an Affidavit

I, Jacob Coblentz, Affiant, being of lawful age, qualified and competent to testify to, and having firsthand knowledge of the following facts, do hereby swear that the following facts are true, correct and not misleading. I have been carried away to jurisdictions unknown and denied my unalienable right of due process in a court of record that proceeds according to Natural Law.

On October 18, 2020 a friend and I pulled into Wawa in Nottingham township to get gas. Robert Rawley (badge #14030) and  Kevin Sterling (badge # unknown) both oath taking public servants, were at Wawa putting gas in the state owned  motor vehicle that they had that morning. As I was putting gas in the truck Robert Rawley and Kevin Sterling rolled around the pumps looking excessivly in my direction. And according to Robert Rawley unlawfully ran the tag number of the truck we were in without probable cause of any crime according to the writing (unsigned AFFIDAVIT of PROBABLE CAUSE) that was filed. This being the start of the tresspasses to my Life, Liberty, and Property.

After putting gas in the truck we pulled forward from the pump to the curb of the store to use the restrooms and get refreshments. Upon exiting the truck Robert Rawley and Kevin Sterling turn on the emergency lights and demand me to get back in the truck. After not answering my questioning of

1 of 7

11 of 29

why, and excessively excerting his authority (acting outside the scope of their authorized duties) for me to get back into the truck. I finally got back into the truck atwhich point Robert rawley came to my side of the truck demanding me not to shut the door, began arguing with me about why he had the authority to even seize me at all beings there was still no is probable cause of any crime that he could articulate.

Now Robert Rawley demands that I exit the truck and after some more back and forth between the two of us, he places his hand on his tazer. So now being threatened I get out of the truck. Robert Rawley grabs one arm and Kevin Sterling grabs the other arm and (I'd say excessively) esscort me to the front of the state owned vehicle they were in. Having already told them that I wasn't answering questions and that I didn't consent to any searches or seizers, they then placed me in cuffs. Then search the truck and put my friend out on the curb and called a towtruck to come steal the truck we were in. Then proceed to kidnap me and place me in the back of the state owned vehicle they had.

Proceeding with their tresspasses to my Life, Liberty, and Proprety, Robert Rawley operating the state vehicle erratically and at excessive speeds, takes us to the Jennersville Hospital and tells me that I'm going to give them blood for a test. At this point I told them that they were going to need a warrent to take my blood. He read some paper and told me I had no choice.

2 of 7

Once again I dissagreed with the man. Knowing that my Pennsylvania Identification card that was in his possesion (he unlawfully obtained after going ahead without my permission to search me) was signed with ,U.D. ucc 1-308 without predjudice, reserving all of my rights. Hence not giving them implied concent to do anything without my permission or a warrant.

Now They load me back up and go to the Avondale state police barracks. Here I'm cuffed to the wall and interrogated. Feeling I had no other choice I answered a few of their questions. Everything they made me sign, I signed U.D. (under duress). Then they proceed to take me to Chester County Prison to be unlawyfully imprisioned against my will. Everything that has been signed has been under duress and has been marked to signify me reserving my rights and not giving up any of my rights.

On October 19, 2020 there was a video court hearing with Scott A Massey (dist mag 15-3-05) were an unconstitutional excessive bail of $100,000 was set to extort money from me. To which I immediately objected to for being excessive. Adding to the list of tresspasses to my Life, Liberty, and Property, and denial of Due Process.

On October 26, 2020 arrangements had been made and the extortion (bail) had been paid.Continuing with the trespasses on my Life, Liberty, and Property, they kept me imprisioned against my will untill the following day

3 of 7

13 of 29

October 27, 2020 when they held another video hearing with Scott A Massey. Apparently the prosecution was not ready and Scott A Massey verbally reprimanded them for not being ready and causing everyone to waste their time. Then he told me he was going to look into why I had not been released yet. A little while later they finally released me from Chester County Prision. and again to note that anything that I had to sign, I signed with a notation to reserve all of my rights and not to give up any of my rights.

Now I had been instructed to get ahold of bail administrations office which i did. And for a few weeks kept up with calling them once a week. They had been persisting to intimidate me into going to a councilor that they normally use to get a drug and alcohol evaluation. I confered with councel and it was decided that this action could be misinterpreted as an admission of guilt. So I informed them of this and told them that an evaluation would not be happening.

The preliminary hearing got rescheduled untill November 24, 2020. On or around November 18, 2020 I filed a responsive pleading in the form of a swarn statement to Scott A Massey, and Robert Rawley, that has yet to be responded to, and requests for oaths of office, and other necessary documents needed for them to officially be able to operate.

November 24, 2020 my roomate accompanied me to Scott A Masseys

4 of 7

14 of 29

office for the scheduled hearing. When we were called into the courtroom Scott A Massey encouraged me me to reschedule the hearing. he also encouraged me to speak to legal counsel. so he sent me to the clerk to reschedule. It is my belief that the prosecution was not ready yet causing the encouragement to postpone set hearing.

The Preliminary hearing was yet again rescheduled untill January 18,2021. On or around January 10, 2021 Scott A Massey sent his contract renewal form amd insurance paperwork that had been requested. Please note that I do not believe this contract renewal to be his oath of office. On or around January 15, 2021 when I called the District Attorneys office they had yet to assign an attorney to this unlawful set of trespasses and fraud upon a American State Citizen.

On January 18,2021 my roomate and I yet again go to Scott A Massey's office for a preliminary hearing. We were called in an they ask me about councel to which I explained I had talked to councel and that I was there to settle the matter and that I was challenging jurisdiction. They proceed to just go along with disregarding my questions of jurisdiction. In the process of all this Robert Rawley stated when ask what he took an oath to uphold, his duty was to uphold Pennsylvania State law. He aslo alludeed in the proceeding that running the registration on cars without probable cause of a crime was within his authority and operational procedure. At this npoint having Scott A

5 of 7

Massey, Robert rawley, and the prosecution all working against me I demanded for them to produce a verified claim against me a living breathing man and bring it forth. Then I stated that they didn't have one. So again I stated that I was for the record again challenging jurisdiction. Then Scott A Massey ruled in their fsavor and I stormed out of the building.

As of today April 15, 2021 I have yet to be served by mail or email or by smoke signal or any other way of anything to do with these trespasses of my Life, Liberty, and Property. Yet when I get online and find out that they have arraigned me without any serving me any notice of it. And that they have scheduled a criminal trial April 26, 2021, now being less then 10 days till the hearing i have still not been served or informed of not giving me due process or or time to prepare for a criminal trial set to take place on April 26, 2021 in courtroon 8 with Jeffery R. Sommer, as the judge, at 1:30pm with Nicole C. Morley, (district attorney supreme court #092539) and Santina Rose Pescotore (assistant district attorney supreme court #327517) as the prosecution. Again, to date I've not been informed by the court or by the District Attorneys office of anything since the hearing at Scott A. Massey's, office.

I claim trespass [breach of contract, deprivation of right under color of law, false imprisionment, theft, extortion, cospiracy, and malicious prosecution]

6 of 7

16 of 29

did cause wrong and harm to my life, liberty, and property.

I require the end of this unconstitutional extortion [bail and pretrial administrations  judgements, or assumptions unless the assumption is innocent untill proven guilty] and the return of my property.

1    5% of the Excessive $100,000.00 that had been extorted.

2     $430 extortion to release the stolen truck.

3    Compensation for the 9 days of unlawful false imprisonment.

*to be paid in lawful dollars*

_____
Jacob Coblentz, Affiant

**NOTARY**

In Pennsylvania State, Chester County, on this _20_ day of _April_, 20_21_, before me, the undersigned Notary Public, personally appeared Jacob Coblentz, to me known to be the living (wo)man described herein, who executed the forgoing instrument, and has sworn before me that he executed the same as his free-will act and deed.

(Notary seal)

_____
Notary

My commission expires: _1-22-25_

Commonwealth of Pennsylvania - Notary Seal
Deborah J. Reardon, Notary Public
Chester County
My commission expires January 22, 2025
Commission number 1237912
Member, Pennsylvania Association of Notaries

7 of 7

17 of 29

# SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is PMG.

## PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10, USC Section 301; Title 5, USC Section 2951; E.O. 9397 Social Security Number (SSN).

**PRINCIPAL PURPOSE:** To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents.

**ROUTINE USES:** Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management. Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions.

**DISCLOSURE:** Disclosure of your SSN and other information is voluntary.

| 1. LOCATION | 2. DATE *(YYYYMMDD)* | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| State of Pennsylvania, County of Chester | 04/21/2021 | | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| Coblentz, Jacob Aaron | 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 | American State Citizen |

**8. ORGANIZATION OR ADDRESS**
care of 1104 Octorara Trail Parkesburg, Pennsylvania Postal Code 19365

**9.**

I, ___Jacob Aaron Coblentz.  Affiant___ , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

The Pennsylvania State Police Officer, ROBERT RAWLEY psp# 14030  simulated a legal process by filing in ithe

District Court 15-3-05 of Pennsylvania County of Chester a Criminal Complaint and a writing to the District Court

15-3-05 of Pennsylvania County of Chester on Behalf of a Plantiff without legal standing in Pennsylvania, resulting in a

malicious prosecution Under Color of Law intended to deprive me of my life, liberty or property.


1) It is my belief that ROBERT RAWLEY, did not execute the Federal Loyalty Oath in 4 U.S.C 101 required of every

state executive officer or judicial officer to satisfy the sixth Article of the Constitution of the United States and as a result

ROBERT RAWLEY is NOT Constitutionaly qualified to bring may matter to the court that could adversely effect my life,

liberty, or property.


2) The Plaintiff: Commonwealth of Pennsylvania, does not have any legal standing in Pennsylvania to sue or be sued.


3) Scott A Massey ( MDJ Court of Pennsylvania County of Chester Judiccial Officer) is not the full legal name of any

resident of Pennsylvania United States.


4) Nicole C. Morley,  is not the full legal name of any resident of Pennsylvania, United States.

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT  *JC* | PAGE 1 OF **2** PAGES |
|---|---|---|

*ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF_____ TAKEN AT _____ DATED _____*

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.*

DA FORM 2823, NOV 2006                    PREVIOUS EDITIONS ARE OBSOLETE                    APD LC v1.01ES

18 of 29

STATEMENT OF **Jacob Aaron Coblentz.    Affiant**   TAKEN AT _____   DATED *21st April 2021*

9. STATEMENT   *(Continued)*

    5) Nicole C. Morley, is not the name of any Pennsylvania Lawyer constitutionally qualified to

prosecute for a client in a matter that could adversely effect my life, liberty, or property.


    6) It is my belief that Scott A Massey did not execute the Federal Loyalty Oath in 4 U.S.A 101 required of every

state executive officer or judicial officer to satisfy the sixth Article of the Constitution of the United States and as a result

Scott A Massey is Not Constitutionally qualified to judge any matter that could adversely effect my life, liberty, or

property.



    I am the victim of an Unconstitutional Color of Law stimulated legal process by a person allegedly license as

"learned in Law" for a "Plaintiff" having no legal standing Pennsylvania, before a judicial officer lacking the

constitutional authority to deprive my person of life, liberty, or property. My person and property have been damaged by

the malicious prosecution and intentional tort of a member of the State Bar of Pennsylvania. I pray the court discharge

this proceeding and provide compensation for charges and other relief the court deems equitable.


**AFFIDAVIT**

I, __**Jacob Aaron Coblentz.    Affiant**_____, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT
WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE __2__. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE
BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE
CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT
THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
*(Signature of Person Making Statement)*

WITNESSES:

_____
853-3 Umbletown Rd
Gap PA II527
ORGANIZATION OR ADDRESS

_____
1101 Ochanis Trail
Parkesburg PA 19365
ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to
administer oaths, this __21th__ day of __April__, __2021__

at _____

_____
*(Signature of Person Administering Oath)*

*Diana D. DeFranco*
*(Typed Name of Person Administering Oath)*

*Notary Republic*
*(Authority To Administer Oaths)*

| INITIALS OF PERSON MAKING STATEMENT | Commonwealth of Pennsylvania - Notary Seal Diana D. DeFranco, Notary Public Lancaster County | PAGE **2** OF **2** PAGES |
|---|---|---|

19 of 29

# Notice and Demand by *We the People*

## Declaration of Support:

My name is _____ Jacob A Coblentz _____, and I am a free-born American; inhabiting the land
called (City) __ Parkesburg _____, (State) __ Pennsylvania _____

I stand firmly in support of Marlena Pavlos Hackney, owner of Marlena's Bistro in Holland, Michigan,
and her 6th Amendment-authorized "Assistance of Counsel" Rick Martin, of the Constitutional Law
Group. Sims v. Aherns, 271 S.W. 720 (1925) "The practice of law is an occupation of common right." A
bar card is NOT a license, it's a dues card and/or membership card.  A bar association is what it is, a club,
an association is not a license, it allegedly has a certificate through the State, the two are not the same.

A Public Trust has been breached by the STATE OF MICHIGAN actors, specifically by Judge
Rosemarie E. Aquilina and Attorney General Dana Nessel. It has come to my attention that these Law-
abiding Americans have been flagrantly and shamefully deprived of their God-given, constitutionally
protected rights, which were converted into crimes by inferior, de facto courts of lawless, administrative
procedures. They both were denied their constitutionally protected rights to represent themselves in a
peaceful, lawful manner to the court arbitrarily denying them of their rights and locking them up.

Marlena and Rick are Americans on the land, with unalienable rights. The violation of those rights is a
crime, which the People view with the utmost contempt. Every moment that these brave patriots are
incarcerated is an affront to our Constitution and the Rule of Law. The Constitution is a list of restrictions
for government to protect our God given rights.
All laws that are repugnant to the Constitution are null and void, as was made clear in **Justice John
Marshall's** statement of principle near the end of his opinion, *"that a law repugnant to the constitution is
void, and that courts, as well as other departments, are bound by that instrument."* **Marbury v. Madison
(1803)**

*We, the People* shall no longer tolerate tyranny. Any and all un-Constitutional actions by elected public
servants; including "judges", senators, sheriffs, congressmen and legislators; shall be punished to the
fullest extent of the law.  *We, the People*; with our feet on the land called: United States of America, do
hereby **Notice** the Court and **Demand** that Marlena Pavlos Hackney and Rick Martin's God given,
Constitutionally- protected rights be restored, according to Common Law status, and their standing be
protected at all times from further violations of Constitutionally protected rights of religious freedom;
having a higher authority to whom they must answer; from whom, these courts cannot protect. As per
Hale v. Henkel (1906) They owe no duty to the state and can stand on their God given rights as an
American citizen.
We, therefore; demand the Sheriff to release these Americans; having been unlawfully detained by
inferior courts without due process of law guaranteed in the organic Constitution of the United States of
America.  Failure to do so will be met with the People's Articles of Impeachment for all guilty parties and
will ultimately result in the courts demise and lawful imprisonment.

**18 U.S. Code § 242** – Deprivation of Rights Under Color of Law
**18 U.S. Code § 241** – Conspiracy against rights
**28 U.S. Code § 1356** – Seizures not within admiralty and maritime jurisdiction
**42 U.S. Code § 1983** – Civil action for deprivation of rights

Autographed: _____   Dated __ 4/20/2021 _____

20 of 29

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number: | | Complaint/Incident Number |
|---|---|---|---|---|
| | / / | X359603-6 | | PA2020-1471024 |
| Defendant Name: | First: Jacob | | Middle: Aaron | Last: COBLENTZ |

## AFFIDAVIT of PROBABLE CAUSE

Your Affiant is a member of the Pennsylvania State Police assigned to the patrol section at the Avondale barracks of Troop J. On 10/18/2020 your Affiant was on duty and in marked State Police vehicle, J2-11, while in full uniform. Your Affiant was partnered with Trooper Kevin STERLING.

On 10/18/2020 at approximately 0247 hours, I was on patrol in the parking lot of Wawa, located at 100 Ponds Edge Drive, West Nottingham Township, Chester County, Pennsylvania. I observed a Red and Black Dodge Ram 1500 Pickup Truck bearing Pennsylvania registration ZHX1142 turn left into the Wawa Parking lot from West Christine Road (SR-272).

I observed Jacob COBLENTZ exit the driver's seat of the vehicle.

A query of COBLENTZ produced his PENNDOT driver's license photograph onto my in-car computer. I verified that that was COBLENTZ that I observed operating the vehicle and stepping out of the driver's seat of the vehicle to pump gas. The query of COBLENTZ revealed that his license was currently under suspension for reasons of DUI, and an active arrest warrant through the Chester County District Attorney's Office.

A query of COBLENTZ's driving history revealed that he had been convicted of driving on a DUI suspended driver's license (1543B) eight (8) previous times.

After pumping gas, COBLENTZ then pulled forward into a parking space. At this time I activated my emergency lights and siren to initiate a traffic stop on the vehicle.

COBLENTZ immediately exited the vehicle and threw his hands in the air. Trooper STERLING ordered COBLENTZ back into the vehicle. It took multiple commands to get COBLENTZ to get back into his vehicle. I then approached the vehicle and COBLENTZ immediately began arguing with me. I observed that the vehicle did not have an inspection sticker displayed. I advised him we were stopping him because his license was suspended, and I observed him operating the vehicle on the roadway. COBLENTZ's speech was extremely thick and slurred.

- CONTINUED -

I, TPR. ROBERT RAWLEY, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

_Tpr. Rob RAWLEY  4/19/31_

(Signature of Affiant)

Sworn to me and subscribed before me this _____ day of _____

_____ Date                    , Magisterial District Judge

My commission expires  first Monday of January, _____

SEAL

AOPC 411C - Rev. 07/18

**POLICE CRIMINAL COMPLAINT**
**AFFIDAVIT CONTINUATION PAGE**

| Docket Number: | Date Filed: 11 | OTN/LiveScan Number: X359603-6 | Complaint/Incident Number PA2020-1471024 |
|---|---|---|---|
| Defendant Name: | First: Jacob | Middle: Aaron | Last: COBLENTZ |

## AFFIDAVIT of PROBABLE CAUSE CONTINUATION

I then ordered COBLENTZ out of the vehicle to conduct a DUI investigation. The driver's door of the vehicle was already open and COBLENTZ was seated in the driver's seat. COBLENTZ then refused to exit the vehicle stating I had to have a warrant to have him exit the vehicle. I then began to remove my department issued Taser from it's holster and COBLENTZ immediately complied and exited the vehicle.

I ordered COBLENTZ to go sit on the bumper of my vehicle. While COBLENTZ was walking to my vehicle, I observed his walking to be staggered. COBLENTZ had trouble maintaining his balance. I observed COBLENTZ's eyes to be bloodshot and glassy, as well as his pupils to be extremely dilated. *Threat * Under Duress * Due Process gon*

I then began to ask COBLENTZ questions about if he had consumed any alcohol or drugs tonight. COBLENTZ related that he would "invoke his fifth amendment right" and would not answer any questions. I then asked COBLENTZ to submit to Standardized Field Sobriety Test's (SFST's). COBLENTZ asked me if he was required by law to complete the SFST's. I advised COBLENTZ that there was no legal requirement to complete SFST's. COBLENTZ then refused to do any SFST's. It was clear from COBLENTZ's demeanor, actions and speech that he was under the influence of a controlled substance.

COBLENTZ's warrant was then confirmed, and he was taken into custody for DUI, driving on a DUI suspended driver's license and his warrant. While handcuffed, COBLENTZ began to argue me about the definition of "driving" and "operating" a vehicle and began to insist he wasn't "driving" by definition.

Search of COBLENTZ's person incident to arrest revealed an orange pill bottle in his right leg pocket. The pill bottle contained suspected methamphetamine.

The vehicle required to be towed. A custodial inventory search of the vehicle yielded a bag of "Dank Gummies" that stated it was cannabis infused on the bag and a bag of "Sour Infused Gushers" that also stated on that bag that it was cannabis infused.

COBLENTZ was then transported to Jennersville Regional Hospital. I read COBLENTZ his Implied Consent/O'Connell Warnings on 10/18/2020 at 0334 hours. After reading COBLENTZ the DL26B, he began to argue with me stating that I needed a warrant to get a blood draw. I advised COBLENTZ that I did not and that that was the purpose of the DL26B from. COBLENTZ continued to argue. COBLENTZ would not consent to the blood draw and refused the test.

COBLENTZ was then transported to PSP Avondale where he was processed.

A query of COBLENTZ Pennsylvania criminal history revealed that this is his fourth (4th) DUI in the last ten (10) years.

Because COBLENTZ has an active arrest warrant, it is clear that he does not respond to court documents as ordered. While in transport, COBLENTZ also would not confirm his address, stating that the listed address is his "domicile" but could not relate if he gets mail there.

Based on the information set forth above, I request that Jacob COBLENTZ answer to the charges before him

*Tpc. Pace/RAMBL #1403p1*
**(Signature of Affiant)**

# POLICE CRIMINAL COMPLAINT
## COMMONWEALTH OF PENNSYLVANIA
### VS.

## COMMONWEALTH OF PENNSYLVANIA
## COUNTY OF:    CHESTER

| Magisterial District Number: | 15-3-05 |
|---|---|
| MDJ Name: Hon. | SCOTT MASSEY |
| Address: | 305 SOUTH 3RD STREET |
| | OXFORD |
| | PENNSYLVANIA 19363 |
| Telephone: | 610-932-4305 |

**DEFENDANT:** (NAME and ADDRESS):

| JACOB | AARON | COBLENTZ |
|---|---|---|
| First Name | Middle Name | Last Name | Gen. |

1104 OCTORARA TRAIL
PARKESBURG
PENNSYLVANIA 19365
717-344-2293

## NCIC EXTRADITION CODE TYPE

| | | |
|---|---|---|
| ☐ 1-Felony Full | ☐ 5-Felony Pend. | ☐ C-Misdemeanor Surrounding States |
| ☐ 2-Felony Ltd. | ☐ 6-Felony Pend. Extradition Determ. | ☐ D-Misdemeanor No Extradition |
| ☒ 3-Felony Surrounding States | ☐ A-Misdemeanor Full | ☐ E-Misdemeanor Pending |
| ☐ 4-Felony No Ext. | ☐ B-Misdemeanor Limited | ☐ F-Misdemeanor Pending Extradition Determ. |

Distance:

## DEFENDANT IDENTIFICATION INFORMATION

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint/Incident Number | Request Lab Services? |
|---|---|---|---|---|
| CR-584-20 | 10/19/20 | X359603-6 | PA2020-1471024 | ☒ YES ☐ NO |

| GENDER | DOB 02/21/1975 | POB PA | | Add'l DOB | Co-Defendant(s) ☐ |
|---|---|---|---|---|---|
| ☒ Male | | | | | |
| ☐ Female | AKA | First Name | Middle Name | Last Name | Gen. |

| RACE | ☒ White | ☐ Asian | ☐ Black | ☐ Native American | ☐ Unknown |
|---|---|---|---|---|---|

| ETHNICITY | ☐ Hispanic | ☒ Non-Hispanic | ☐ Unknown |
|---|---|---|---|

| HAIR COLOR | ☐ GRY (Gray) | ☐ RED (Red / Aubn.) | ☐ SDY (Sandy) | ☐ BLU (Blue) | ☐ PLE (Purple) | ☒ BRO (Brown) |
|---|---|---|---|---|---|---|
| | ☐ BLK (Black) | ☐ ONG (Orange) | ☐ WHI (White) | ☐ XXX (Unk. / Bald) | ☐ GRN (Green) | ☐ PNK (Pink) |
| | ☐ BLN (Blonde / Strawbery) | | | | | |

| EYE COLOR | ☐ BLK (Black) | ☐ BLU (Blue) | ☐ BRO (Brown) | ☐ GRN (Green) | ☐ GRY (Gray) |
|---|---|---|---|---|---|
| | ☒ HAZ (Hazel) | ☐ MAR (Maroon) | ☐ PNK (Pink) | ☐ MUL (Multicolored) | ☐ XXX (Unknown) |

| DNA | ☐ YES ☒ NO | DNA Location | | WEIGHT (lbs.) |
|---|---|---|---|---|
| FBI Number | 642919FB3 | MNU Number | | 225 |
| Defendant Fingerprinted | ☒ YES ☐ NO | | | Ft. HEIGHT In. |
| Fingerprint Classification: | | | | 6   00 |

## DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat | Registration Sticker (MM/YY) | Comm'l Veh. Ind. | School Veh. | Oth. NCIC Veh. Code | Reg. same as Def. |
|---|---|---|---|---|---|---|---|
| ZHX1142 | PA | ☐ | 09/21 | ☐ | ☐ | | ☐ |

| VIN | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|
| 1B7HF16Z0XS102023 | 1999 | DODGE | RAM 1500 | TK | RED / BLACK |

Office of the Attorney for the Commonwealth ☐ ☐ Approved ☐ Disapproved because:

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. Pa.R.Crim.P.507)

(Name of Attorney for Commonwealth - Please Print or Type)

(Signature of Attorney for Commonwealth) _____ (Date)

I, TPR. ROBERT RAWLEY
(Name of Affiant - Please Print or Type)

00759126/14030
(PSP/MPOETC - Assigned Affiant ID Number & Badge #)

of the Pennsylvania State Police, Troop J, Avondale
(Identify Department or Agency Represented and Political Subdivision)

PAPSP0200
(Police Agency ORI/Identification)

do hereby state: (check appropriate box)

1. ☒ I accuse the above named defendant who lives at the address set forth above

   ☐ I accuse the defendant whose name is unknown to me but who is described as _____

   ☐ I accuse the defendant whose name and popular designation or nickname is unknown to me and whom I have therefore designated as John Doe or Jane Doe.

with violating the penal laws of the Commonwealth of Pennsylvania at: 250    100 PONDS EDGE DRIVE, WEST NOTTINGHAM
(Subdivision Code)    TOWNSHIP
(Place-Political Subdivision)    05

in CHESTER County    15    on or about   18 OCTOBER 2020 AT APPROXIMATELY 0247 HOURS
(County Code)    (Offense Date)

APPROVED 2020 DISTRICT COURT 9:44

21 of 29
23 of 29



**POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: / / | OTN/LiveScan Number X359603-6 | | | Complaint/Incident Number PA2020-1471024 |
|---|---|---|---|---|---|
| Defendant Name | First: JACOB | | Middle: AARON | | Last: COBLENTZ |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a brief summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older: 0 |
|---|---|---|---|---|

| ☒ Lead? | 1 | 3802 | (d)(2) | of the | Title 75 , PA Vehicle Code | 1 | F | 5403 | 210 |
|---|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (If applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
Driving Under the Influence of Alcohol or Controlled Substance

Acts of the accused associated with this Offense:
IN THAT, on or about said date THE DEFENDANT, did drive, operate or was in actual physical control of the movement of a vehicle namely, a 1999 Red and Black Didge Ram 1500 Pickup Truck Bearing Pennsylvania registration ZHX1142 while under the influence of a drug or combination of drugs to a degree which impaired THE DEFENDANT'S ability to safely drive, operate or be in actual physical control of the movement of a motor vehicle, in violation of Section 3802 (d)(2) of the PA Vehicle Code.

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older: 0 |
|---|---|---|---|---|

| ☐ Lead? | 2 | 780-113 | (a)(16) | of the | Title 35 , C.S.D.D.C.A. | 2 | M | 3572 | 18(F)/35A |
|---|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (If applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
The Controlled Substance, Drug, Device and Cosmetic Act: Prohibited Acts; Penalties

Acts of the accused associated with this Offense:
IN THAT, on or about said date, THE DEFENDANT, not being registered under the Controlled Substance, Drug, Device and Cosmetic Act, nor a practitioner registered or licensed by the appropriate State Board, did knowingly or intentionally possess a controlled or counterfeit substance, which was not obtained directly from, or pursuant to, a valid prescription order or order of a practitioner, in violation of Section 780-113(a)(16) of the PA Controlled Substance, Drug, Device and Cosmetic Act.

 **POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: | OTN/LiveScan Number | | | Complaint/Incident Number |
|---|---|---|---|---|---|
| | // | X359603-6 | | | PA2020-1471024 |
| Defendant Name | First: JACOB | | Middle: AARON | | Last: COBLENTZ |

**The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.**

(Set forth a brief summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older: 0 |
|---|---|---|---|---|

| ☐ Lead? | 3 | 780-113 | (a)(32) | of the | Title 35 , C.S.D.D.C.A. | 1 | M | 3550 | 260/35A |
|---|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|---|

**Statute Description (include the name of statute or ordinance):**
**The Controlled Substance, Drug, Device and Cosmetic Act: Prohibited Acts; Penalties**

**Acts of the accused associated with this Offense:**
IN THAT, on or about said date, THE DEFENDANT did use, or possess with intent to use, drug paraphernalia, namely, clear plastic bag and pill bottle, for the purpose of planting, propagating, cultivating, growing, harvesting, manufacturing, compounding, converting, producing, processing, preparing, testing, analyzing, packing, repacking, storing, containing, concealing, injecting, ingesting, inhaling or otherwise introducing into the human body a controlled substance, that is to say THE DEFENDANT did possess the above-described paraphernalia for the purposes of storing and containing a controlled substance, in violation of Section 780-113(a)(32) of the PA Controlled Substance, Drug, Device and Cosmetic Act.

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older: 0 |
|---|---|---|---|---|

| ☐ Lead? | 4 | 6503.1 | | of the | Title 75 , PA Vehicle Code | 1 | M2 | 5499 | |
|---|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|---|

**Statute Description (include the name of statute or ordinance):**
**Habitual Offenders**

**Acts of the accused associated with this Offense:**
IN THAT, on or about said date, HE DEFENDANT did drive a motor vehicle on any highway or trafficway of this Commonwealth while being a habitual offender whose habitual offender's operating privilege is suspended, revoked, or canceled, in violation of Section 6503.1 of the PA Vehicle Code.

*not for* *How do you suspend a right to travel*

AOPC 412A – Rev. 7/18

Page 3 of 7

23 of 29
25 of 29



# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number | | Complaint/Incident Number |
|---|---|---|---|---|
| | // | X359603-6 | | PA2020-1471024 |
| Defendant Name | First: JACOB | | Middle: AARON | Last: COBLENTZ |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | | Number of Victims Age 60 or Older: 0 |
|---|---|---|---|---|---|

| ☐ Lead? | Offense # 5 | Section 1543 | Subsection (b)(1)(iii) | of the Title 75, PA Vehicle Code | PA Statute (Title) | 1 Counts | M3 Grade | 5499 NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| | PennDOT Data (If applicable) | | Accident Number | | | | | | |

Statute Description (include the name of statute or ordinance):    ☐ Interstate    ☐ Safety Zone    ☐ Work Zone
**Driving while operating privilege is suspended or revoked**

Acts of the accused associated with this Offense:
Ninth Violation, IN THAT, on or about said date, THE DEFENDANT drove a motor vehicle on a highway or trafficway of this Commonwealth at a time when his or her operating privilege was suspended or revoked as a condition of acceptance of Accelerated Rehabilitative Disposition for a violation of section 3802 (relating to driving under influence of alcohol or controlled substance) or the former section 3731, because of a violation of section 1547(b)(1) (relating to suspension for refusal) or 3802 or former section 3731 or is suspended under section 1581 (relating to Driver's License Compact) for an offense substantially similar to a violation of section 3802 or former section 3731.

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | | Number of Victims Age 60 or Older: 0 |
|---|---|---|---|---|---|

| ☐ Lead? | Offense # 6 | Section 1543 | Subsection (b)(1.1)(i) | of the Title 75, PA Vehicle Code | PA Statute (Title) | 1 Counts | M3 Grade | 5499 NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| | PennDOT Data (If applicable) | | Accident Number | | | | | | |

Statute Description (include the name of statute or ordinance):    ☐ Interstate    ☐ Safety Zone    ☐ Work Zone
**Driving while operating privilege is suspended or revoked**

Acts of the accused associated with this Offense:
Second Violation, IN THAT, on or about said date, THE DEFENDANT who had an amount of alcohol by weight in his or her blood that is equal to or greater than .02% at the time of testing or who at the time of testing has in his or her blood any amount of a Schedule I or nonprescribed Schedule II or III controlled substance, as defined in the act of April 14, 1972 (P.L. 233, No. 64), known as The Controlled Substance, Drug, Device and Cosmetic Act, or its metabolite or who refuses testing of blood or breath and who drives a motor vehicle on any highway or trafficway of this Commonwealth at a time when the person's operating privilege is suspended or revoked as a condition of acceptance of Accelerated Rehabilitative Disposition for a violation of section 3802 or former section 3731 or because of a violation of section 1547(b)(1) or 3802 or former section 3731 or is suspended under section 1581 for an offense substantially similar to a violation of section 3802 or former section 3731.

AOPC 412A -- Rev. 7/18



## POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number | | Complaint/Incident Number |
|---|---|---|---|---|
| | | **X359603-6** | | PA2020-1471024 |
| Defendant Name | First: JACOB | | Middle: AARON | Last: COBLENTZ |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older: 0 |
|---|---|---|---|---|

| ☐ Lead? | 7 | 3714 | (a) | of the | Title 75 , Pa Vehicle Code | 1 | S | 6499 | |
|---|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

**Statute Description (include the name of statute or ordinance):**
**Careless Driving**

**Acts of the accused associated with this Offense:**
   IN THAT, on or about said date, THE DEFENDANT did drive a vehicle in careless disregard for the safety of persons or property at 100 Ponds Edge Drive, West Nottingham Township by driving under the influence, in violation of Section 3714(a) of the PA Vehicle Code.

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older: 0 |
|---|---|---|---|---|

| ☐ Lead? | 8 | 3736 | (a) | of the | Title 75 , PA Vehicle Code | 1 | S | | / |
|---|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

**Statute Description (include the name of statute or ordinance):**
**Reckless Driving**

**Acts of the accused associated with this Offense:**
   IN THAT, on or about said date, THE DEFENDANT did drive a vehicle in willful or wanton disregard for the safety of persons or property, in violation of Section 3736(a) of the PA Vehicle Code.

*When as the ~~work~~*



# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: *11* | OTN/LiveScan Number X359603-6 | | | Complaint/Incident Number PA2020-1471024 |
|---|---|---|---|---|---|
| Defendant Name: | First: JACOB | | Middle: AARON | | Last: COBLENTZ |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.
(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older: 0 |
|---|---|---|---|---|

| ☐ Lead? | 9 | 4703 | (a) | of the | Title 75 , PA Vehicle Code | 1 | S | 5499 | |
|---|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

**Statute Description (include the name of statute or ordinance):**
**Operation of Vehicle Without Official Certificate of Inspection**

**Acts of the accused associated with this Offense:**
IN THAT, on or about said date, THE DEFENDANT did drive a motor vehicle required to bear current registration plates issued by this Commonwealth or a farm vehicle with a gross weight or gross vehicle weight rating of greater than 17,000 pounds for which a Type D biennial certificate of exemption has been issued, or did move a trailer required to bear current registration plates issued by this Commonwealth on a highway, or did operate a mass transit vehicle without displaying a currently valid certificate of inspection issued under Chapter 47 of the PA Vehicle Code.

 **POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: | OTN/LiveScan Number X359603-6 | | Complaint/Incident Number PA2020-1471024 |
|---|---|---|---|---|
| Defendant Name | First: JACOB | | Middle: AARON | Last: COBLENTZ |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S.§4904) relating to unsworn falsification to authorities.

4. This complaint consists of the preceding page(s) numbered 1 through 7

5. I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited.
(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)

18 OCTOBER, 2020
(Date)                                                    Tpr. Noah / RAWLEY #14030
                                                         (Signature of Affiant)

AND NOW, on this date, _____10/4/20_____ I certify that the complaint has been properly completed and verified. An affidavit of probable cause must be completed before a warrant can be issued.

___15305___
(Magisterial District Court Number)                        (Issuing Authority)

SEAL

AOPC 412A – Rev. 7/18

Colbertz
c/o 330 Commons Drive # 106
Parkesburg, Pennsylvania.
Postal Code 19365

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7019 2970 0000 6628 6890

U.S. District Court Clerk
601 Market St #2609
Philadelphia, Pennsylvania. 19106



U.S. POSTAGE PAID
CERT ENV
GAP PA
APR 26, 21
AMOUNT
$5.80
R2306KI 42623-02

1000    19106

